UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLDUN CORPORATION,<br><br>                                Plaintiff,<br><br>        -against-<br><br>N:PHILANTHROPY, et al.,<br><br>                               Defendants. | 23-cv-3178 (AS)<br><br>NOTICE OF REASSIGNMENT |

ARUN SUBRAMANIAN, United States District Judge:

       Plaintiff has represented by affidavit that it served defendants on July 7, 2023, making the answer deadline July 28, 2023. Now that the deadline has passed, plaintiff may move for a default judgment against defendant by **Wednesday, August 23, 2023, at 5:00 p.m.** Default-judgment procedures are described in Paragraph 8.L of the Court's Individual Practices in Civil Cases. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

       SO ORDERED.

Dated: August 9, 2023
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                     United States District Judge