UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLDUN CORPORATION,<br><br>                          Plaintiff,<br><br>          -against-<br><br>N:PHILANTHROPY LLC, et al.,<br><br>                         Defendants. | 23-cv-3178 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the September 15 teleconference, the Court ORDERS the following:

1. **By September 20, 2023, at 5:00 p.m.**, Plaintiff SHALL submit an affidavit on the issues of (1) the citizenship of the members of N:Philanthropy LLC and Holding Company of Beverly Hills, LLC, and (2) the amount of interest owed on the proposed default judgment, with supporting documentation and calculations.

2. Plaintiff SHALL order a copy of the transcript of the September 15 conference and post the transcript to the docket.

SO ORDERED.

Dated: September 15, 2023
       New York, New York

                                                                  ARUN SUBRAMANIAN
                                                                  United States District Judge