# Malchman Decl. Exhibit 1

(Running Total of Charges and Payments,
with Related Invoices)

# Allegaert Berger & Vogel LLP
# Listing

| Matter ID | Client Sort Description | Stmn Date | Stmn No. | Ledger Type | Total | Balance |
|---|---|---|---|---|---|---|
| **Matter ID: 1237-01** | | | | | | |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 5/16/2023 | 34027 | Statement | 6,922.50 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 5/22/2023 | 34027 | Cash receipt | (6,922.50) | |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 5/22/2023 | 34050 | Statement | 0.00 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 6/2/2023 | 34079 | Statement | 1,269.37 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 6/6/2023 | 34079 | Cash receipt | (1,269.37) | |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 6/6/2023 | 34098 | Statement | 0.00 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 7/5/2023 | 34199 | Statement | 693.00 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 7/6/2023 | 34199 | Cash receipt | (693.00) | |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 7/6/2023 | 34216 | Statement | 0.00 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 8/2/2023 | 34330 | Statement | 1,071.00 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 8/4/2023 | 34330 | Cash receipt | (1,071.00) | |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 8/4/2023 | 34336 | Statement | 0.00 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 9/5/2023 | 34440 | Statement | 17,360.88 | 0.00 |

# Allegaert Berger & Vogel LLP
# Listing

| | | | | | | |
|---|---|---|---|---|---|---|
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 9/28/2023 | 34440 | Cash receipt | (17,360.88) | |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 9/28/2023 | 34564 | Statement | 0.00 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 10/10/2023 | 34669 | Statement | 7,339.17 | 0.00 |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 10/11/2023 | 34669 | Cash receipt | (7,339.17) | |
| 1237-01 | Hilldun Corporation Act as local counsel for client in collection action. | 10/11/2023 | 34672 | Statement | 0.00 | 0.00 |

| | | |
|---|---|---|
| **Matter ID: 1237-01** | $0.00 | $0.00 |
| **Grand Total:** | $0.00 | $0.00 |

# Allegaert Berger & Vogel LLP
## Listing

|  | Units | Value |
|---|---|---|
| **Soft Cost** | 1,664.00 | 831.73 |
| **Hard Cost** | 4.00 | 633.69 |
| **Fee** | 64.60 | 33,190.50 |
| **Grand Total:** | 1,732.60 | $34,655.92 |



Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

October 11, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34672 - 1237-01

    For professional services rendered through October 11, 2023, in connection with Act as local counsel for client in collection action.

**ABV**   Allegaert Berger & Vogel LLP

October 11, 2023
Page 2

| | |
|---|---:|
| **TOTAL THIS INVOICE:** | $0.00 |
| Previous Balance: | $7,339.17 |
| **Payments** | |
| 10/11/2023        Trust Application | $7,339.17 |
| **TOTAL DUE:** | **$0.00** |

**Trust Funds**

| | |
|---|---:|
| Previous Balance of Client Funds: | $12,044.13 |
| 10/11/2023        Trust Application | (7,339.17) |
| Current Balance of Client Funds: | $4,704.96 |



ABV Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

October 10, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34669 - 1237-01

     For professional services rendered through October 10, 2023, in connection with Act as local counsel for client in collection action.

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert E. Malchman | 11.20 | 630.00 | $7,056.00 |
| Totals: | 11.20 | | $7,056.00 |



October 10, 2023
Page 2

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 09/04/23 | REM | Draft Declaration of Service and prepare exhibits. | 0.40 | 252.00 |
| 09/08/23 | REM | Draft and file supplemental declaration of service; e-mail with BG Law re: same. | 0.80 | 504.00 |
| 09/13/23 | REM | E-mail with BG Law re: and prepare for default judgment hearing. | 0.10 | 63.00 |
| 09/15/23 | REM | Prepare for and attend default judgment telephonic hearing; teleconferences with BL Law, client re: interest and attorneys' fees issues; review and prepare documents and filings re: same. | 3.50 | 2,205.00 |
| 09/18/23 | REM | E-mail with R. Coy re: account statements sent by Hilldun to NPL. | 0.10 | 63.00 |
| 09/19/23 | REM | Prepare Declarations for interest and fees application; review NPL Agreement re: same; e-mail with BG Law, client re: same. | 1.40 | 882.00 |
| 09/20/23 | REM | Edit, finalize and file interest Declaration; e-mail with BG Law, client re: same, attorneys' fees matters. | 0.60 | 378.00 |
| 09/22/23 | REM | Review transcript and Scheduling Order; e-mail client, BG Law re: latter, attorneys' fees submissions. | 0.40 | 252.00 |
| 09/22/23 | REM | Review Orders entered by Court; e-mail with BG Law, client re: same. | 0.30 | 189.00 |
| 09/23/23 | REM | Draft papers for attorneys' fees application; e-mail with BG Law re: same. | 1.20 | 756.00 |
| 09/26/23 | REM | Review transcript and Scheduling Order; e-mail client, BG Law re: latter, attorneys' fees submissions. | 0.40 | 252.00 |
| 09/27/23 | REM | Draft declaration, proposed findings of fact and conclusions of law for attorneys' fees submission; e-mail BG Law re: same. | 1.30 | 819.00 |
| 09/30/23 | REM | Edit default judgment attorneys' fees papers. | 0.20 | 126.00 |
| 10/10/23 | REM | Prepare fee application documents. | 0.50 | 315.00 |

Total services rendered:                                                                       $7,056.00

**Disbursements Posted to Date:**

| Delivery Services - Federal Express | 231.69 |
|---|---|
| Transcript. | 51.48 |

Total Disbursements:                                                                            $283.17

**TOTAL THIS INVOICE:**                                                                         $7,339.17

Previous Balance:                                                                               $17,360.88

**Payments**

09/28/2023          Trust Application                                                           $17,360.88

**TOTAL DUE:**                                                                                  **$7,339.17**



Current Balance of Client Funds:                                    $12,044.13



ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

September 28, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34564 - 1237-01

      For professional services rendered through August 31, 2023, in connection with Act as local counsel for client in collection action.

**ABV**  Allegaert Berger & Vogel LLP

September 28, 2023
Page 2

| | | |
|---|---|---:|
| **TOTAL THIS INVOICE:** | | $0.00 |
| Previous Balance: | | $17,360.88 |
| **Payments** | | |
| 09/28/2023 | Trust Application | $17,360.88 |
| **TOTAL DUE:** | | **$0.00** |

**Trust Funds**

| | | |
|---|---|---:|
| Previous Balance of Client Funds: | | $12,044.13 |
| 09/28/2023 | Trust Application | (17,360.88) |
| 09/28/2023 | Payment to Hilldun Corporation Retainer Acct.: Wire Transfer from Hilldun Corporation; | 17,360.88 |
| Current Balance of Client Funds: | | $12,044.13 |



ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

September 05, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34440 - 1237-01

      For professional services rendered through August 31, 2023, in connection with Act as local counsel for client in collection action.

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Katherine S. Filosa | 6.00 | 175.00 | $1,050.00 |
| Robert E. Malchman | 21.80 | 630.00 | $13,734.00 |
| Eleanor Morgan | 4.00 | 175.00 | $700.00 |
| Jonah B. Sacks | 6.50 | 175.00 | $1,137.50 |
| Totals: | 38.30 | | $16,621.50 |



Allegaert Berger & Vogel LLP

September 05, 2023
Page 2

| **Professional Services** | | | Hours | Amount |
|---|---|---|---|---|
| 08/02/23 | REM | Review transfer order, Judge Subramanian's Rules; e-mail BG Law re: same. | 0.20 | 126.00 |
| 08/16/23 | REM | E-mail with BG team re: default motion; teleconferences with J. Bregman, M. Reed re: locating Y. Niami and service of documents; draft and edit R. Coy declaration for default motion. | 1.60 | 1,008.00 |
| 08/20/23 | REM | Research and draft default judgment motion papers; e-mail with J. Bregman re: same. | 3.10 | 1,953.00 |
| 08/21/23 | REM | Research and draft default judgment papers; e-mail with J. Kapelman, J. Bregman re: same; teleconference and e-mail with Clerk's Office re: procedural matters. | 3.10 | 1,953.00 |
| 08/22/23 | REM | Research and draft default judgment papers; e-mail with client, BG lawyers re: same. | 3.80 | 2,394.00 |
| 08/23/23 | KSF | Compile R. Malchman exhibits into PDFs for declaration. | 1.00 | 175.00 |
| 08/23/23 | REM | Research, draft and edit motion papers; teleconferences with Clerk's Office re: Certificate of Default; e-mail with BG lawyers, client re: motion papers; e-mail and teleconferences with J. Sacks, K. Filosa re: same, filing and service issues. | 7.50 | 4,725.00 |
| 08/24/23 | EM | Compile, sort, and package documents to be served via mail for R. Malchman. | 4.00 | 700.00 |
| 08/24/23 | JBS | Made documents organized documents and sent said documents for Robert Malchman. | 4.00 | 700.00 |
| 08/24/23 | KSF | Compile, sort, and package documents to be served via mail for R. Malchman. | 4.00 | 700.00 |
| 08/24/23 | REM | E-mail and teleconferences with J. Sacks, K. Filosa re: service by mail on defendants. | 0.20 | 126.00 |
| 08/25/23 | REM | Review Scheduling Order; draft and file Declaration of Service; draft and file letter to Court. | 1.70 | 1,071.00 |
| 08/28/23 | JBS | Made and sent documents for R. Malchman. | 2.50 | 437.50 |
| 08/28/23 | KSF | Compile, sort, and package documents to be served via mail for R. Malchman. | 1.00 | 175.00 |
| 08/29/23 | REM | E-mail with J. Sacks re: compliance with Court's Scheduling Order; review Supplemental Order. | 0.10 | 63.00 |
| 08/30/23 | REM | File Proposed Default Judgment Order; review status of service; draft and send memorandum to Client, BG Law re: next steps to prepare for inquest. | 0.50 | 315.00 |

Total services rendered:                                                                              $16,621.50

**Disbursements Posted to Date:**

| | |
|---|---|
| Photocopying | 411.25 |
| Postage | 59.70 |
| Westlaw Computerized Research | 268.43 |

**ABV** Allegaert Berger & Vogel LLP

September 05, 2023
Page 3

| | | |
|---|---|---|
| Total Disbursements: | | $739.38 |
| **TOTAL THIS INVOICE:** | | $17,360.88 |
| Previous Balance: | | $1,071.00 |
| **Payments** | | |
| 08/04/2023 | Trust Application | $1,071.00 |
| **TOTAL DUE:** | | **$17,360.88** |

**Trust Funds**

| | | |
|---|---|---|
| Previous Balance of Client Funds: | | $2,044.13 |
| 08/16/2023 | Payment to Hilldun Corporation Ret. Acct.: Wire Transfer from Hilldun Corporation | 10,000.00 |
| Current Balance of Client Funds: | | $12,044.13 |



ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

August 04, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34336 - 1237-01

      For professional services rendered through July 31, 2023, in connection with Act as local counsel for client in collection action.

**ABV**  Allegaert Berger & Vogel LLP

August 04, 2023
Page 2

| | | |
|---|---|---:|
| **TOTAL THIS INVOICE:** | | $0.00 |
| Previous Balance: | | $1,071.00 |
| **Payments** | | |
| 08/04/2023 | Trust Application | $1,071.00 |
| **TOTAL DUE:** | | **$0.00** |

**Trust Funds**

| | | |
|---|---|---:|
| Previous Balance of Client Funds: | | $3,115.13 |
| 08/04/2023 | Trust Application | (1,071.00) |
| Current Balance of Client Funds: | | $2,044.13 |



**Allegaert Berger & Vogel LLP**

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

August 02, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34330 - 1237-01

     For professional services rendered through July 31, 2023, in connection with Act as local counsel for client in collection action.

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert E. Malchman | 1.70 | 630.00 | $1,071.00 |
| Totals: | 1.70 | | $1,071.00 |



Allegaert Berger & Vogel LLP

August 02, 2023
Page 2

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 07/05/23 | REM | E-mail with BG Law, client re: case status, next steps. | 0.20 | 126.00 |
| 07/06/23 | REM | Review Court order on service; review agreements and declaration of service; draft supplemental declaration of service; e-mail with R. Coy re: all. | 1.10 | 693.00 |
| 07/07/23 | REM | Revise, edit and file Supplemental Declaration of Service; e-mail with R. Coy re: same. | 0.40 | 252.00 |

Total services rendered:                                                                    $1,071.00

**TOTAL THIS INVOICE:**                                                            $1,071.00

Previous Balance:                                                                        $693.00

**Payments**

07/06/2023          Trust Application                                               $693.00

**TOTAL DUE:**                                                                       **$1,071.00**

Current Balance of Client Funds:                                            $3,115.13



ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

July 06, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34216 - 1237-01

   For professional services rendered through May 31, 2023, in connection with Act as local counsel for client in collection action.

**Allegaert Berger & Vogel** LLP

July 06, 2023
Page 2

| | |
|---|---:|
| **TOTAL THIS INVOICE:** | $0.00 |
| Previous Balance: | $693.00 |
| **Payments** | |
| 07/06/2023      Trust Application | $693.00 |
| **TOTAL DUE:** | **$0.00** |

**Trust Funds**

| | |
|---|---:|
| Previous Balance of Client Funds: | $3,808.13 |
| 07/06/2023      Trust Application | (693.00) |
| Current Balance of Client Funds: | $3,115.13 |



ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

July 05, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34199 - 1237-01

      For professional services rendered through June 30, 2023, in connection with Act as local counsel for client in collection action.

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Robert E. Malchman | 1.10 | 630.00 | $693.00 |
| Totals: | 1.10 | | $693.00 |



Allegaert Berger & Vogel LLP

July 05, 2023
Page 2

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 06/05/23 | REM | Review and file Declaration of Service with Exhibits; research Y. Niami litigations for additional service contracts. | 1.10 | 693.00 |

Total services rendered: $693.00

**TOTAL THIS INVOICE:** $693.00

Previous Balance: $1,269.37

**Payments**

06/06/2023        Trust Application        $1,269.37

**TOTAL DUE:** **$693.00**

Current Balance of Client Funds: $3,808.13



ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

June 06, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34098 - 1237-01

  For professional services rendered through April 30, 2023, in connection with Act as local counsel for client in collection action.

**ABV**  Allegaert Berger & Vogel LLP

June 06, 2023
Page 2

| | |
|---|---:|
| **TOTAL THIS INVOICE:** | $0.00 |
| Previous Balance: | $1,269.37 |
| **Payments** | |
| 06/06/2023        Trust Application | $1,269.37 |
| **TOTAL DUE:** | **$0.00** |

**Trust Funds**

| | |
|---|---:|
| Previous Balance of Client Funds: | $5,077.50 |
| 06/06/2023        Trust Application | (1,269.37) |
| Current Balance of Client Funds: | $3,808.13 |



Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

June 02, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34079 - 1237-01

     For professional services rendered through May 31, 2023, in connection with Act as local counsel for client in collection action.

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert E. Malchman | 1.95 | 630.00 | $1,228.50 |
| Totals: | 1.95 | | $1,228.50 |

 Allegaert Berger & Vogel LLP

June 02, 2023
Page 2

| **Professional Services** | | | Hours | Amount |
|---|---|---|---|---|
| 05/05/23 | REM | Review and respond to e-mails re. service issues. | 0.10 | 63.00 |
| 05/11/23 | REM | Edit Declaration of Service; research NY law on agreement to service by mail; compliance with Fed. R. Civ P. 4; e-mail with BG Team re: same. | 1.25 | 787.50 |
| 05/16/23 | REM | E-mail with R. Coy re: service; research Y. Niami information. | 0.10 | 63.00 |
| 05/30/23 | REM | Review Declaration of Service; e-mail with R. Coy re: same. | 0.50 | 315.00 |
| Total services rendered: | | | | $1,228.50 |

**Disbursements Posted to Date:**

| | |
|---|---|
| Westlaw Computerized Research | 40.87 |
| Total Disbursements: | $40.87 |

| | |
|---|---|
| **TOTAL THIS INVOICE:** | $1,269.37 |
| Previous Balance: | $6,922.50 |

**Payments**

| | | |
|---|---|---|
| 05/22/2023 | Trust Application | $6,922.50 |

| | |
|---|---|
| **TOTAL DUE:** | **$1,269.37** |

| | |
|---|---|
| Current Balance of Client Funds: | $5,077.50 |



ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

May 22, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34050 - 1237-01

     For professional services rendered through March 31, 2023, in connection with Act as local counsel for client in collection action.

**ABV** Allegaert Berger & Vogel LLP

May 22, 2023
Page 2

| | | |
|---|---|---|
| **TOTAL THIS INVOICE:** | | $0.00 |
| Previous Balance: | | $6,922.50 |
| **Payments** | | |
| 05/22/2023 | Trust Application | $6,922.50 |
| **TOTAL DUE:** | | **$0.00** |

**Trust Funds**

| | | |
|---|---|---|
| Previous Balance of Client Funds: | | $12,000.00 |
| 05/22/2023 | Trust Application | (6,922.50) |
| Current Balance of Client Funds: | | $5,077.50 |



ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

May 16, 2023

Mr. Joshua Kapelman
Executive Vice President
36 East 31st Street, 12th Floor
New York, NY 10012

**Taxpayer ID. No. 11-3640790**

Invoice No.: 34027 - 1237-01

      For professional services rendered through April 30, 2023, in connection with acting as local counsel for client in collection action.

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Robert E. Malchman | 10.35 | 630.00 | $6,520.50 |
| Totals: | 10.35 | | $6,520.50 |

 **Allegaert Berger & Vogel LLP**

May 16, 2023
Page 2

| **Professional Services** | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/24/23 | REM | Review documents from BG; teleconference with R. Coy re. litigation stratedy. | 0.30 | 189.00 |
| 03/29/23 | REM | Review and revise draft complaint; draft verification; research SDNY local civil rules; e-mail with R. Coy re. same. | 2.75 | 1,732.50 |
| 03/30/23 | REM | Review and respond to e-mails with BG team re. draft complaint. | 0.10 | 63.00 |
| 04/01/23 | REM | Edit draft Complaint; review drafts of Verification and Rule 7.1 Statement; e-mail R. Coy re. same. | 1.30 | 819.00 |
| 04/03/23 | REM | Edit documents to be filed; e-mail with BG team re. same. | 0.60 | 378.00 |
| 04/04/23 | REM | Edit complaint; e-mail with BG team re. same. | 0.40 | 252.00 |
| 04/05/23 | REM | Edit complaint; e-mail with BG team re. same. | 0.75 | 472.50 |
| 04/06/23 | REM | Review and respond to e-mails with BG team. | 0.10 | 63.00 |
| 04/13/23 | REM | Review and respond to e-mails with BG team. | 0.10 | 63.00 |
| 04/14/23 | REM | E-mail with BG team, client re. Verification process and form. | 0.15 | 94.50 |
| 04/17/23 | REM | Review SDNY filing procedures and requirements; finalize and file Complaint and related case-opening documents; e-mail with BG team re. same. | 2.80 | 1,764.00 |
| 04/18/23 | REM | Review filings by Court; download Rules of and research Judges Cronan and Moses; download Summonses issued by Clerk; e-mail BG team re. same. | 0.80 | 504.00 |
| 04/24/23 | REM | E-mail with R. Coy re. service issues in California. | 0.20 | 126.00 |
| Total services rendered: | | | | $6,520.50 |

**Disbursements Posted to Date:**

| | |
|---|---|
| Filing Fees | 402.00 |
| Total Disbursements: | $402.00 |

| | |
|---|---|
| **TOTAL THIS INVOICE:** | $6,922.50 |
| **TOTAL DUE:** | **$6,922.50** |

**Trust Funds**

| | | |
|---|---|---|
| Previous Balance of Client Funds: | | $0.00 |
| 03/24/2023 | Payment to Hilldun Corporation Retainer Acct.: Wire Transfer from Hilldun Corporation | 12,000.00 |
| Current Balance of Client Funds: | | $12,000.00 |