UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILLDUN CORPORATION,

        Plaintiff,

v.

N:PHILANTHROPY LLC; YVONNE NIAMI; and HOLDING COMPANY OF BEVERLY HILLS, LLC,

        Defendants.

Case No. 23 Civ. 03178 (AS) (BCM)

**DEFAULT JUDGMENT**

This action having been commenced by Hilldun Corporation (the "Plaintiff") on April 17, 2023, by the filing of the Summons and Complaint against defendants N:Philanthropy, LLC, Yvonne Niami, and Holding Company of Beverly Hills, LLC (each of NPL, Niami, and HCBH, each as defined below, and individually and collectively, "Defendant"), and a copy of the Summons and Complaint having been served on each Defendant as follows:

- On N:Philanthropy LLC ("NPL"), on July 7, 2023, by Certified Mail to 1385 E 15th Street, Los Angeles CA 90021, which was the address at which NPL agreed with Plaintiff by contract that NPL would accept service of process by Certified Mail;

- On Yvonne Niami ("Niami"), on July 7, 2023, by Certified Mail to 820 N. Whittier Drive, Beverly Hills, CA 90210, which was the address at which Niami agreed with Plaintiff by contract that Niami would accept service of process by Certified Mail;

- On Holding Company of Beverly Hills, LLC ("HCBH"), on July 7, 2023, by Certified Mail to 1901 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067, which was the address at which HCBH agreed with Plaintiff by contract that HCBH would accept service of process by Certified Mail;

And proof of service on each Defendant having been filed on July 7, 2023 (Dkt. No. 14), and each Defendant not having answered the Complaint, and the time for answering the Complaint having expired; and

WHEREAS, this Court, the Honorable Arun Subramanian, U.S.D.J. presiding, having entered a Default Judgment Order in Plaintiff's favor and against Defendants on September 22, 2023 (Dkt. No. 32), in the amount of $3,402,035.37, and directing an inquest on costs including attorneys' fees; and

WHEREAS, the Honorable Barbara C. Moses, U.S.M.J. presiding, reported and recommended an award of costs in Plaintiff's favor and against Defendants on October 30, 2024 (the "R&R," Dkt. No. 42), in the amount of $177,105.50; and

WHEREAS, Plaintiff served the R&R on Defendants on November 5, 2024 (Dkt. No. 43), at the Defendants' last-known address, 1901 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067, with an electronic copy sent to Niami at her last-known e-mail address; and

WHEREAS, no party filed an objection to the R&R within the time prescribed by the R&R for doing so; and

WHEREAS, this Court, the Honorable Arun Subramanian, U.S.D.J. presiding, entered an Order adopting the R&R on November 22, 2024 (Dkt. No. 44); it is

ORDERED ADJUDGED AND DECREED:  That the Plaintiff have judgment against each Defendant, jointly and severally, in the liquidated amount of $3,402,035.37; with interest at 5.42% from September 22, 2023, to the date of entry of this Judgment , amounting to

[Remainder of page intentionally left blank.]

$ 224, 804.63 ; plus costs and disbursements of this action in the amount of $177,105.50;

amounting in all to $ 3,803,945.50 .

Dated: New York, New York
December 11, 2024

_____
Arun Subramanian
U.S.D.J.

This document was entered on the docket on December 11, 2024.

3