UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLDUN CORPORATION,<br><br>        Plaintiff,<br><br>  -against-<br><br>N:PHILANTHROPY LLC et al.,<br><br>        Defendants. | 23-cv-3178 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court has issued its final judgment in this case. *See* Dkt. 46. The Clerk of Court is directed to close this case.

  SO ORDERED.

Dated: February 25, 2025
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge